Docusign Envelope ID: F8DD4946-A8A5-8788-82C0-7DBA31F259E1

## DECLARATION OF JANETTA FAIR

Janetta Fair, pursuant to 28 U.S.C. § 1746, and subject to the penalties of perjury declares as follows:

1. My name is Janetta Fair. I am more than twenty-one years of age, competent to testify, and have no legal or mental disability. This declaration was executed in the State of Louisiana where I am currently located.

2. I lived at the Motel 6 at 6015 Oakbrook Parkway in Norcross, Georgia for a couple of months in 2013. I was in a bad relationship and pregnant at the time and this motel was walking distance to my job at Waffle House.

3. During the time that I stayed at the motel, I tried to keep to myself, but I did see drug activity and girls being sold for sex at the property.

4. It was not hard to tell which girls were doing this – they were wearing high heels and short dresses or skirts and walking or standing outside at the motel waiting to meet men who would pay for sex.

5. Walking to or from work, I'd almost always see some sex or drug activity at motel. I would also see condom wrappers on the ground at times.

6. The motel was particularly busy with lots of sex and drug activity on the weekends.

7. It was not hard to tell what sorts of activity was occurring, but I never saw any security guards at the property, and management did not seem to care what

Initial

JF

Docusign Envelope ID: F8DD4946-A8A5-8788-82C0-7DBA31F259E1

occurred as long as the people were paying for the rooms. I would say management just turned a blind-eye.

8. I have read this Declaration consisting of 8 numbered paragraphs and I declare under penalty of perjury that it is true and correct.

Executed on May 13, 2026.

Signed by:

*Janetta Fair*

A7AEAFE840A544B...

Janetta Fair

4934-2830-4043, v. 1