Docusign Envelope ID: EFB302CF-6282-8E16-8301-53A84C1B9FB3

## DECLARATION OF TOMAS ROJAS, JR.

Tomas Rojas, Jr., pursuant to 28 U.S.C. § 1746, and subject to the penalties of perjury declares as follows:

1. My name is Tomas Rojas, Jr. I am more than twenty-one years of age, competent to testify, and have no legal or mental disability. This declaration was executed in the State of Colorado, where I am currently located.

2. I was an employee at the Motel 6 at 6015 Oakbrook Parkway in Norcross, Georgia for several years, during the 2013 to 2017 timeframe.

3. During my employment, I observed lots of prostitutes, ex felons, drug dealers and pimps.

4. Many of the prostitutes I saw were regulars at the hotel as were a lot of the drug dealers.

5. When I first began working at the motel, I worked night shift and I would call law enforcement all the time. I quit for a period of time and then returned to work at the motel.

6. When I returned, I was discouraged from calling law enforcement by management because I was costing the motel revenue. I was told by management that I was "too strict" and the guests that I had trespassed from the property were allowed to return to the motel.

7. I rarely saw or talked to the owners.

Initial

TRJ

Docusign Envelope ID: EFB302CF-6282-8E16-8301-53A84C1B9FB3

8. When ownership changed, I was told by Ali, a fellow employee and manager, that the owners were losing revenue and they did not want me to call law enforcement unless it was "absolutely necessary." That meant I was typically not supposed to call the police for prostitution and other crimes.

9. There were always prostitutes, some older and some younger, at the motel. Two of the "older" prostitutes were always walking around, while the younger girls stayed in their rooms.

10. I knew a man named Kenneth Williams a/k/a K9, who was a regular guest at the hotel. I know he was a drug dealer. He may have been a pimp too because there were always girls around. K9 and another man I know only as Polo appeared to be lookouts and were always outside.

11. There were security cameras on the property, and for a period of time during my employment, there was a security guard who worked a couple of nights a week.

12. The security measures were not effective because the owners and management allowed the drug dealers and pimps and prostitutes to return to the property and wouldn't let us call the police. So the criminal activity continued.

13. During my employment, there were always needles, pipes, drugs, and condoms in the parking lot, in the rooms, and elsewhere on the motel property.

Initial
TRJ

Docusign Envelope ID: EFB302CF-6282-8E16-8301-53A84C1B9FB3

14. I was working one evening when a female guest got shot, and I had to apply pressure to the wound until help could arrive. When the female was released from the hospital, Kenneth Williams picked her up and they returned to the motel. The female was still in her hospital gown.

15. The morning before the female was shot, so many girls – prostitutes – came into the lobby where I was working. Also with the girls were two males: Kenneth Williams a/k/a K9 and Polo. Many of the girls I had not seen before. They began cursing at me. They wanted me to leave, telling me I was costing them money by calling the police. They blocked the door and I had to call two maintenance workers to assist me. The maintenance workers arrived with hammers in hand and the girls in the lobby left.

16. The rooms were not supposed to be rented for very quick stays, such as a couple of hours; however, to my knowledge, the motel rented rooms by the hour on a regular basis.

17. I have read this Declaration consisting of 17 numbered paragraphs and I declare under penalty of perjury that it is true and correct.

Executed on May 21, 2026.



Signed by:
Tomas Rojas, Jr.
FBB293E61AF74E6...

Tomas Rojas, Jr.

4928-4096-9643, v. 1