Docusign Envelope ID: 2431B8FA-A6BD-8334-81E3-A428D1B22150

## DECLARATION OF NICOLE LEONARD

Nicole Leonard, pursuant to 28 U.S.C. § 1746, and subject to the penalties of perjury declares as follows:

1. My name is Nicole Leonard. I am more than twenty-one years of age, competent to testify, and have no legal or mental disability. This declaration was executed in the State of Texas where I am currently located.

2. My husband and I stayed at the Motel 6 at 6015 Oakbrook Parkway in Norcross, Georgia for about a year or more in the 2015 – 2017 time frame.

3. While staying at the motel, there were girls who would constantly be going in and out of the rooms, where you could tell they were selling sex with men.

4. There were pimps who controlled these girls and there were also lookouts on the corner of the motel to warn of potential law enforcement.

5. There were dogs abandoned at the motel, and some people had vicious dogs there. One dog even attacked my service dog.

6. At the motel, I witnessed animal abuse, drug dealing, prostitution, pimps, fights and gun activity, and minor children left unattended with no clothing or wearing only diapers.

7. On one occasion I witnessed a large black man beating on one of the young girls who was a victim being sold for sex at the motel. I walked out of my room and told the guy to "come fight me." He turned to me and then my

Initial

Docusign Envelope ID: 2431B8FA-A6BD-8334-81E3-A428D1B22150

husband opened the door with our pit bull service dog, and the man stopped beating the girl at that time. The black male began arguing with me and the officer manager or employee, known as Matt, came out of the office and told me to calm down.

8. While we stayed at the motel, there was at least one shooting that occurred there that I recall where a room was shot up.

9. The manager and office employee of the motel was an Indian man, who I believe went by the nickname "Matt." He was a creep and was overly friendly with the girls who were being sold for sex and would go around trying to kiss the girls on the cheek.

10. There was usually more traffic and sex and drug activity on the weekends from Thursday to Sunday, and usually on the first day of the month, it was worse because people had just gotten paid and were doing crazy things at the motel.

11. There were lots of people drinking alcohol at the motel, and you would see people with crack rocks, crack pipes, and needles everywhere.

12. When people complained about noise or made other complaints, the staff would retaliate and usually kick them out.

Initial

Docusign Envelope ID: 2431B8FA-A6BD-8334-81E3-A428D1B22150

13. The employees absolutely did not care about the criminal activity, prostitution, or pimps, and in fact seemed to cater to the drug dealers and pimps.

14. "Normal families" did not stay at the motel.

15. This was a very bad motel with lots of crime, including young girls who were being sold for sex, and although it was obvious what was occurring, the motel did not care and would actually cater to and be friendly with the pimps and drug dealers.

16. I have read this Declaration consisting of 16 numbered paragraphs and I declare under penalty of perjury that it is true and correct.

Executed on May 18, 2026.

DocuSigned by:

B506E8C3676E4A4...

Nicole Leonard

4905-6780-5357, v. 1

# ESTATE PLANNING QUESTIONNAIRE
## ANDERSEN TATE & CARR, P.C.
## MELODY A. GLOUTON, ESQ.

INFORMATION CONTAINED IN THIS QUESTIONNAIRE IS STRICTLY
## CONFIDENTIAL
AND SUBJECT TO THE ATTORNEY-CLIENT PRIVILEGE.

We will use the information you provide in this Estate Planning Questionnaire to provide us with the information needed to prepare estate planning documents for you. For us to assist you in creating a workable estate plan, the information you provide must be as accurate as possible. If you are uncertain about exact information, tell us that and give us your best assessment. We recognize that this questionnaire is a fairly intrusive document. Keep in mind, however, that the more complete the information is, the better it will equip us throughout the estate planning process to come up with the best possible estate planning alternatives. Your information will be kept confidential by us unless you authorize or request its release to others.

## I. **PERSONAL AND FAMILY INFORMATION**

Husband's Full Name:  Casey Jay Farmer            Date of Birth:  02/08/67

Are you a U.S. citizen?  Yes x  No ☐

If No:

a) Of what country are you a citizen?  _____

b) What is your immigration status?  _____

Wife's Full Name:  Melissa Dorman Farmer            Date of Birth:  01/24/68

Are you a U.S. citizen?  Yes x  No ☐

If No:

a) Of what country are you a citizen?  _____

b) What is your immigration status?  _____

Home Address:  1231 Bridgewater Walk

Snellville, GA 30078

County:  Gwinnett            Home Telephone:  Cell; 404 731-9337

E-mail Address:  Cfarmer@pattillore.com      Fax:  _____

Husband's Cell Phone:  404 731-9337      Wife's Cell Phone:  404 556-9777

Husband's Employer:  Pattillo Management, Inc

Husband's Position:  V.P.-Land Management

Husband's Business Address:  5170 Peachtree Rd Building 100, Suite 400

Atlanta, GA 30341

Husband's Business Phone:  678 926-5932

Wife's Employer:            M.D. Farmer Enterprises, Inc

Wife's Position:            Owner

Wife's Business Address:    3973 Atlanta Highway Suite 300

                           Loganville, GA 30052

Wife's Business Phone:      770 554-8711

Living Children (indicate which, if any, of your children is your child but not your spouse's, or vice versa):

| Full Name | Age | Date of Birth | Married (Y or N) | Address |
|---|---|---|---|---|
| Ashley Bryn Farmer | 20 | 02/20/06 | NO | Same as parents |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

If you do not have any living children or grandchildren, please list your closest relatives:

| Full Name | Relation | Age | Married (Y or N) | Address |
|---|---|---|---|---|
| N/A |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Is there other important personal information that might affect your estate plans? For example, does a member of your family have a serious long-term medical or physical problem that will require special care or attention in the future?

None
_____

_____

| | |
|---|---|
| Have you already made a Will?* | Yes x  No ☐ |
| If Yes, where is the original located? | In personal safe |
| If Yes, is it a foreign Will? | Yes ☐  No x |
| If Yes, in what country was it made? | |
| Have you made a Trust?* | Yes ☐  No x |
| If Yes, where is the original located? | |
| What was the location and date of your marriage? | Snellville, Gwinnett County, GA  03/27/99 |
| Were either of you married before? | Yes ☐  No x |
| If Yes, did the marriage end in divorce?* | Yes ☐  No ☐ |
| If Yes, was there any kind of agreement regarding the payment of insurance proceeds to any child(ren) in the divorce decree? | Yes ☐  No ☐ |
| If Yes, please briefly describe the agreement.* | |
| How long have you resided in Georgia? | For Life |
| Please list other states where you have resided while married: | N/A |
| Do you have a safe deposit box? | Yes ☐  No x |
| If Yes, where is it located? | Home Safe |

*Please provide copies of your Wills, Trusts, divorce decrees and settlement agreements.

## II. ASSET INFORMATION

| Type of Asset | Estimated Current Market Value | Title (In whose name is the asset titled?) |
|---|---|---|
| **Real Property** | | |
| Residence<br>Address:    1231 Bridgewater Walk<br>          Snellville, GA 30078<br>Value of Any Debt Against Property    $575,000 | $1.5 million | ☐ Husband<br>☐ Wife<br>X Joint |
| Other Real Property<br>Address:    241 Shirleys Way<br>          Hartwell, GA 30346<br>Value of Any Debt Against Property    $288,000 | $900,000 | ☐ Husband<br>☐ Wife<br>X Joint |
| Other Real Property<br>Address:    40 Benson Street<br>          Hartwell, GA 30346<br>Value of Any Debt Against Property    $N/A | $150,000 | ☐ Husband<br>X☐ Wife-Fee owned by a LLC as MD Farmer Enterprises as manager of LLC.<br>☐ Joint |
| **Listed Securities (not held in Investment/Brokerage Accounts)** | | |
| Name of Stock: _____<br>Number of Shares: _____ | | ☐ Husband<br>☐ Wife<br>☐ Joint |
| Name of Stock: _____<br>Number of Shares: _____ | | ☐ Husband<br>☐ Wife<br>☐ Joint |
| Name of Stock: _____<br>Number of Shares: _____ | | ☐ Husband<br>☐ Wife<br>☐ Joint |

| *Closely-Held Securities and Partnership Interests | | | |
|---|---|---|---|
| Name of Company: Pattillo Management, Inc<br><br>Number of Shares: 11 shares<br><br>Overall % Ownership in Company: 11%<br><br>Subject to buy/sell agreement? Yes X No ☐ | 2025- Book Value is $404,195.00 (IncomeTax Free as we've paid via K-1 each year on distributions being held back) | | X Husband<br><br>☐ Wife<br><br>☐ Joint |
| Name of Company: M.D. Farmer Enterprises, Inc<br><br>Number of Shares:<br><br>Overall % Ownership in Company: 100%<br><br>Subject to buy/sell agreement? Yes ☐ No X | Servicing, and sales contracts are subject to agreements among the insurers. | | ☐ Husband<br><br>X Wife<br><br>☐ Joint |
| Name of Company: Dixie Dollar Investment Club LLP<br><br>Number of Shares:<br><br>Overall % Ownership in Company: 10.56%<br><br>Subject to buy/sell agreement? Yes X No ☐ | March 2026 $224,000<br><br>LLP agreement currently being amended and restated. Should be executed by June 2026 | | X Husband<br><br>☐ Wife<br><br>☐ Joint |

* Please provide copies of all operating agreements for LLCs, partnership agreements for partnerships and shareholders agreements for corporations as well as any buy/sell agreements.

Estate Planning Questionnaire - Married                5

| Sole Proprietorships | | |
|---|---|---|
| Name of Company: | | ☐ Husband<br>☐ Wife<br>☐ Joint |
| Name of Company: | | ☐ Husband<br>☐ Wife<br>☐ Joint |
| **Bank Accounts (checking, savings, money market, and CDs)** | | |
| Name of Bank and Account Number:<br>Truist ( fmly Suntrust)<br>1000102616165-Checking<br>8810989643-Checking<br>1000168189594-Money Market | | ☐ Husband<br>☐ Wife<br>X Joint |
| Name of Bank and Account Number:<br>5th 3rd Bank<br>797780033-Checking | | ☐ Husband<br>☐ Wife<br>X Joint |
| Name of Bank and Account Number:<br>Wells Fargo-Multiple Business Accts<br>along with two personal accounts | | ☐ Husband<br>X Wife<br>X Joint |
| Name of Bank and Account Number:<br>Synovus-<br>1013295132-Checking<br>1011961313-Money Market | | ☐ Husband<br>☐ Wife<br>X Joint |
| **Investment and Brokerage Accounts** | | |
| Name of Investment/Brokerage Account:<br>Account No.:_32001698____<br>Charles Schwab Brokerage Acct | $194,000 | ☐ Husband<br>☐ Wife<br>X Joint |
| Name of Investment/Brokerage Account:<br>Account No.:_Path2College_____<br>_____ | $23,000 | ☐ Husband<br>☐ Wife<br>X Joint |

| Name of Investment/Brokerage Account: Account No.:_____ | | ☐ Husband<br>☐ Wife<br>☐ Joint |
|---|---|---|
| Name of Investment/Brokerage Account: Account No.:_____ | | ☐ Husband<br>☐ Wife<br>☐ Joint |

| Automobiles | | |
|---|---|---|
| Make & Model    Toyota Highlander 2019   No Lien   Joint Ownership<br><br>Lexus LX470 2020- $33,000 remaining balance    Husband | | |

| | GMC Denali Pickup | | X Husband |
|---|---|---|---|
| Year | 2024 | | ☐ Wife |
| Value of Any Debt Against Car: | $35,000 | | ☐ Joint |

| Make & Model: | Lexus LX470 | | ☐ Husband |
|---|---|---|---|
| Year | 2018 | | X Wife's Business Owns |
| Value of Any Debt Against Car: | $ No lien | | ☐ Joint |

| Jewelry | | |
|---|---|---|
| College Class Ring<br>Diamond Stud Earrings<br>Emerald Bracelet, Sapphire Bracelet, Pearls | | X Husband<br>X Wife |

| Valuable Clothing (e.g. furs) | | |
|---|---|---|
| Fur Coat | | ☐ Husband<br>X Wife |

| Household Furnishings and Furniture | | |
|---|---|---|
| Excess of $200,000<br>Seven Thomas Kincade Signed & numbered paintings | | X Husband<br>X Wife |
| **Other Valuable Collections (e.g., stamp collection, boats, etc.)** | | |
| Stamp Collection<br>Coin Collection<br>Firearms<br>Gold and Silver Bullion<br>Woodworking Equipment<br>2026 Barletta Corsa 23U Pontoon Boat & Trailer<br>2018- John Deere 1025R tractor<br>2023- John Deere XUV590M Gator<br>2022- Sandpiper 5th Wheel RV<br>Misc. Utility Trailers | | X Husband<br>☐ Wife<br>X Joint |
| | | ☐ Husband<br>☐ Wife<br>☐ Joint |
| ***Life Insurance** | | |
| Name of Company: Northwestern Mutual<br><br>Policy No. 15739611<br><br>Beneficiary: Melissa Farmer<br>Type (whole life, term, etc.): Variable Life Exec<br><br>Cash Surrender Value (if any): $ | Death Benefit: $1,000,000 | Owner: ☐ Husband<br>X Wife<br><br>Insured: X Husband<br>☐ Wife |
| Name of Company: Nationwide (3 policies)<br>N991404230<br>N991179270<br>B500090880 | Death Benefit: $ | Owner: ☐ Husband<br>X Wife |

| Policy No. | | | | |
|---|---|---|---|---|
| Beneficiary: | | | Insured: | X Husband |
| Type (whole life, term, etc.): | | | | X Wife |
| Cash Surrender Value (if any): | $2,060,000 total all 3 policies | | | |

| Name of Company: _____ <br><br> Policy No. _____ <br><br> Beneficiary: _____ <br> Type (whole life, term, etc.): _____ <br><br> Cash Surrender $ _____ <br> Value (if any): | Death Benefit: $ | Owner: ☐ Husband ☐ Wife <br><br><br> Insured: ☐ Husband ☐ Wife |
|---|---|---|
| ***Pension, Profit Sharing, Deferred Compensation and Other Employee Benefit Plans*** | | |
| Type of Plan (IRA, 401(k), etc.): Fidelity 401k <br><br> Beneficiary: Melissa Farmer | | X Husband ☐ Wife |
| Type of Plan (IRA, 401(k), etc.): Roth IRA <br><br> Beneficiary: Casey Farmer | PFT1057 E1021686 | ☐ Husband X Wife |
| Type of Plan (IRA, 401(k), etc.): _____ <br><br> Beneficiary: _____ | | ☐ Husband ☐ Wife |

Please list all debts in excess of $1,000 (excluding those listed above):

M & T Bank  RV Loan $60,000

Truist Bank ( Boat Loan) $100,000

---

* Please provide copies of beneficiary designation forms for all retirement plans, deferred compensation plans and life insurance policies and retirement plans, including pension, profit-sharing, deferred compensation and other employee benefit options.

Inheritance:  Do you or your spouse expect to inherit any substantial property in the near future which should be considered in planning your estate?  If so, please describe this property and estimate its value.

Casey- One elderly parent remains, I'm one of three siblings to inherit parents estate,.  $100,000 perhaps

Missy- One parent (76), one of two children.

### III. PROPERTY DISPOSITION

Please describe the manner in which you wish your property to be distributed at your deaths using the format below.

A.    Basically, how would you like to leave your property if your spouse survives you?

Husband                                              Wife
Real Property to Wife (Reciprocal)

All Personal Property to Wife
(Reciprocal)

B.    How would you like to leave your property if your spouse does not survive you?

Husband                                              Wife
All Real Property and assets into a trust
for the benefit of our one surviving child

C.    Are there any special issues in disposing of your property?

Husband                                              Wife
Stamp Collection, Firearms,                          Business-Must follow contractual sales
Woodworking equipment will need to be                agreement among the various insurance
appraised prior to sale.                             company providers that M.D. Farmer
                                                     Enterprises represents.

D.    Would you like to make specific gifts regarding heirlooms or sentimental possessions? Please specify if you would like these gifts made at your death even if your spouse survives you.

Husband                                                          Wife

Stamp Collection, Coins, Farmer Signet
Ring, Class Ring to Daughter
_____          _____

Firearms, personal property to daughter
as well
_____          _____


_____          _____


_____          _____


_____          _____

E.    If you are leaving your property to your children or other beneficiaries, do you want them to receive your property outright at your death or would you like their shares of your property to be retained in separate trusts for their benefit?  Outright ☐ Trust  X.  If you would like to set up a separate trust for each of them, at what ages, and in what amounts do you want your children or other beneficiaries to receive distributions of your property from his or her trust?

Husband                                                          Wife
Ashley Farmer- 24 years of age                     Ashley Farmer- 24 years of age
_____          _____


_____          _____


_____          _____


_____          _____

## IV. EXECUTOR, TRUSTEE, GUARDIAN AND CONSERVATOR

A.  Whom do you wish to serve as **Executor** of your estate? The Executor is responsible for administering your estate, gathering all of your assets, paying any debts, and making distributions in accordance with the terms of your Will. The Executor can be one or more individuals, a bank, or a combination thereof. If you wish to have an individual serve as Executor, you should consider any relatives or close friends with good business judgment. Usually, married couples choose their spouse as primary Executor, and then name a successor, but it is whatever you prefer.

**Husband**:

| | |
|---|---|
| Name: | Melissa D. Farmer |
| Address (including country): | 1231 Bridgewater Walk |
| | Snellville, GA 30078 |
| Telephone Number: | 404 556-9777 |

**Wife**:

| | |
|---|---|
| Name: | Casey J. Farmer |
| Address (including country): | 1231 Bridgewater Walk |
| | Snellville, GA 30078 |
| Telephone Number: | 404 731-9337 |

B.  Whom do you wish to serve as **successor Executor** if the primary Executor named above cannot serve?

**Husband**:

| | |
|---|---|
| Name: | Gary L. Black   ( Our CPA) |
| Address (including country): | 1801 Bedfordshire Drive Decatur, GA 30033 |
| Telephone Number: | 770 851-3607   email: gblack@glbapc.com |

**Wife**:

Name: Same as Above- Gary L. Black

Address (including country): 

Telephone Number: 

C.    Whom do you wish to serve as your **Trustee**?  Once the Executor winds up your estate, the Executor will make distributions to the beneficiaries named in your Will.  If you have set up a trust, property will be distributed to the trust at this time, and the Trustee will manage the property in the trust.  Again, the Trustee can be one or more individuals, a bank, or a combination thereof.  You should consider any relatives or close friends with good business judgment if you name an individual as Trustee. A spouse can be one of the Trustees you name, but in most instances, a spouse should not be the sole Trustee.

**Husband**:

Name: Melissa D. Farmer

Address (including country): 

Telephone Number: 

**Wife**:

Name: Casey J. Farmer

Address (including country): 

Telephone Number: 

D.    Whom do you wish to serve as your **successor Trustee** if the Trustee named above is unable to serve?

**Husband**:

Name: Gary L. Black  Co-Trustee with Elizabeth Wright ( see below)

Address (including country): 1801 Bedfordshire Drive Decatur, GA 30033

Telephone Number: 770 851-3607  email: gblack@glbapc.com

**Wife**:

Name: Elizabeth Wright  Co-Trustee with Gary L. Black  ( see above)

Address (including country): 4140 Highway 20 NE

Conyers, GA 30012

Telephone Number: 678 428-8347

E.    Whom do you wish to serve as **Guardian** of your minor children if their other parent does not survive you? The Guardian is responsible for actually taking care of your minor children.

Name: N/A

Address (including country): _____

_____

Telephone Number: _____

F.    Whom do you wish to serve as **successor Guardian** if the above-named Guardian is unable to serve?

Name: _____

Address (including country): _____

_____

Telephone Number: _____

G.    Whom do you wish to serve as the **Conservator** of your minor children if their other parent does not survive you ? The Conservator is responsible for managing your minor children's property.  The Conservator and the Guardian can be the same person if you believe the Guardian has good business judgment.

1.  Co-Conservators

Name: _____

Address (including country): _____

_____

Telephone Number: _____

_____

_____

H.    Whom do you wish to serve as **successor Conservator** if the above-named Conservator is unable to serve?  The successor Conservator and the successor Guardian can also be the same person if you believe the successor Guardian has good business judgment.

Name: _____

Address (including country): _____

_____

Telephone Number: _____

## V.  ADVANCE DIRECTIONS FOR HEALTH CARE AND DURABLE POWERS OF ATTORNEY

A.      Are you interested in preparing a **Georgia Advance Directive for Health Care (Directive)** regarding health care decisions?  In the Directive, you can authorize your health care agent to remove life support in the event you are in a terminal condition. Also, in the Directive, you can authorize an agent to make medical decisions on your behalf in the event you are unable to do so.

Husband:        X        Yes, I would like a Directive.

Wife:        X        Yes, I would like a Directive.

If you would like a Directive, whom do you wish to serve as your **health care agent**?

**Husband**:

Name:                                    Melissa D. Farmer

Address (including country):        1231 Bridgewater Walk

                                         Snellville, GA 30078

Telephone Numbers:                404 556-9777
                                         (Home, Work and Mobile)

**Wife**:

Name:                                    Casey J. Farmer

Address (including country):        1231 Bridgewater Walk

                                         Snellville, GA 30078

Telephone Numbers:                404 731-9337
                                         (Home, Work and Mobile)

Whom do you wish to serve as your **successor health care agent** if the health care agent named above is unable to serve?

**Husband**:

Name: Ashley B. Farmer

Address (including country): 1231 Bridgewater Walk

Snellville, GA 30078

Telephone Numbers: 770 314-8474

(Home, Work and Mobile)

**Wife**:

Name: Ashley B. Farmer

Address (including country): 1231 Bridgewater Walk

Snellville, GA 30078

Telephone Numbers: 770 314-8474

(Home, Work and Mobile)

B.    Are you interested in preparing a **Durable Power of Attorney** for financial matters?  In a Durable Power of Attorney for financial matters, you authorize an agent to make financial decisions on your behalf in the event you are unable to do so.

Husband:    X    Yes, I would like a Durable Power of Attorney for financial Matters

Wife:    X    Yes, I would like a Durable Power of Attorney for financial Matters

If you would like a Durable Power of Attorney for financial matters, whom do you wish to serve as your **Agent**?

**Husband**:

Name:                                   Melissa D. Farmer
                                        _____

Address (including country):            _____

                                        _____

Telephone Number:                       _____

**Wife**:

Name:                                   Casey J. Farmer
                                        _____

Address (including country):            _____

                                        _____

Telephone Number:                       _____


Whom do you wish to serve as your **successor Agent** if the Agent named above is unable to serve?

**Husband**:

Name:                                   Gary L. Black  Until such time as Ashley becomes 24 years of
                                        age.

Address (including country):            1801 Bedfordshire Drive Decatur GA 30033
                                        _____

                                        _____

Telephone Number:                       770 851-3607  email: gblack@glbapc.com

**Wife**:

Name:                                   _____

Address (including country):            _____

                                        _____

Telephone Number:                       _____

We hereby certify that the information we have provided in this Estate Planning Questionnaire is complete and accurate to the best of our knowledge. We hereby acknowledge that if we have not provided full and accurate disclosure of information in this Questionnaire, it may be detrimental to our attorney's ability to effectively prepare estate planning on our behalf.

_____4/9/26_____

Date

Husband's Signature

_____4/9/26_____

Date

Wife's Signature