Docusign Envelope ID: 20065339-208F-8FEB-8060-253D0F0DE395

## DECLARATION OF LEEBRIA MOORE

Leebria Moore, pursuant to 28 U.S.C. § 1746, and subject to the penalties of perjury declares as follows:

1.    My name is Leebria Moore. I am more than twenty-one years of age, competent to testify, and have no legal or mental disability. This declaration was executed in the state of Georgia, where I am currently located.

2.    I lived at the Motel 6, 6015 Oakbrook Parkway, Norcross, Georgia, with my family, off and on from around 2015–2024.

3.    There was lots of prostitution, sex trafficking, and drug dealing at the Motel 6. When you entered the property, there would be pimps and prostitutes waiting outside the front office. You would see 2-3 pimps standing around and at the side window near the office would be 5-6 prostitutes. They would be standing in front of the window near the office and you had to get by them to rent a room. The people inside the office saw those girls picking up guys and taking them into rooms for sex. Girls would often run up to me to offer to sell me sex.

4.    There were also lots of girls always in the back of the first building being sold for sex. There would be other pimps and girls on the corners of the other building around the pool. Then there was another spot on the left side in between the two buildings that was busy. There were girls obviously being sold all around the hotel, standing out in the open, picking up dates.

Docusign Envelope ID: 20065339-208F-8FEB-8060-253D0F0DE395

5.    There were always lots of girls hanging out outside trying to pick up dates, going from room to room, escorting men to their rooms. It was very disturbing. These girls looked broken down and some of them looked like they were as young as 14 or 15 years old.

6.    There was one man who stayed outside on a balcony and was the lookout to see who was pulling in and out of the parking lot and signaling to pimps and the girls what was going on.

7.    I often talked to the staff at the hotel about the prostitution and sex trafficking at the hotel. The hotel would tell me which rooms the girls selling sex were in. Because of my kids and my husband, I would ask the hotel staff if they could stop the prostitution and drug activity because it wasn't safe. The staff would always say, "I'll talk to them about it," but they never talked to them and the hotel never did anything to stop the girls being sold for sex.

8.    This illegal activity was at the Motel 6 every time we stayed there.

I have read this Declaration consisting of 8 numbered paragraphs and I declare under penalty of perjury that it is true and correct.

Executed on May 15, 2026.

Signed by:

0308B86E152282B...

Leebria Moore

Docusign Envelope ID: 20065339-208F-8FEB-8060-253D0F0DE395