Docusign Envelope ID: 9853E8E7-A4F2-8984-823F-D3E77CBDBC12

# DECLARATION OF CLAYTON CORPUS

Clayton Corpus, pursuant to 28 U.S.C. § 1746, and subject to the penalties of perjury declares as follows:

1.  My name is Clayton Corpus. I am more than twenty-one years of age, competent to testify, and have no legal or mental disability. This declaration was executed in the state of Georgia, where I am currently located.

2.  I stayed at the Motel 6, 6015 Oakbrook Parkway, Norcross, Georgia, off and on for about three months in 2011with my sisters, stepfather, and sister's kids.

3.  There were lots of drugs and people buying sex at the Motel 6. I saw girls hanging around the property coming in and out of rooms with men who weren't staying at the hotel. They were dressed like prostitutes, wearing fish nets and mini dresses. I saw them hanging around in the hotel and the office. There were pimps hanging out all around the hotel, loitering outside with the girls who were being sold for sex in the parking lot.

4.  One of the guys I saw was a regular at the hotel. He told me that if I ever needed drugs or sex I could go to the front desk and they would hook me up. I thought he was a pimp. I saw him and other people at the hotel doing drugs. He had a bunch of other people around him doing drugs and hanging out with the prostitutes. Buyers would hang out and go to rooms where I saw girls who

Docusign Envelope ID: 9853E8E7-A4F2-8984-823F-D3E77CBDBC12

were dressed like prostitutes inside. If there were fights this guy would intervene and take control.

5. The drugs and sex got really bad on the weekends. There was a lot of foot traffic going in and out of the rooms. I'd see girls take buyers by the hand, go to a room, and stay for a little while. They would pull up and stay for a little while and leave after 30 minutes to a half hour. There were as many as 14 to 20 girls selling sex at the hotel, especially on the weekends.

6. My sister was raped at the hotel after my nextdoor neighbor broke into our room. I came to believe that my sister was sold for sex at the hotel by one of the people that worked at the front desk. I asked the hotel about the person who raped my sister and to call the police. They would not help. They threatened to call the police on me and my sister or to kick us out of our room. They threatened that anytime we complained. My sister committed suicide at the hotel in 2011 the day after she was raped.

7. There was plenty of evidence of people selling sex at the hotel. I saw condoms and used wrappers laying out in the street and parking lot. There were a lot of vacant rooms where girls would go in with buyers and then come out after a short period of time. Sometimes I'd see multiple girls in a room with one man.

8. There were people all over the hotel property doing drugs. I saw crack pipes, joints, and people smoking marijuana.

Docusign Envelope ID: 9853E8E7-A4F2-8984-823F-D3E77CBDBC12

9.    People were brawling during the week but the hotel didn't do anything about it or about the sex and drugs. The hotel management should have known what was going on because it was obvious. They didn't do anything about it. They would threaten you if you tried to report the sex and drugs and other crimes at the hotel. They threatened to call the authorities about my sister's kids who lived there if we caused trouble by complaining about what was going.

10.   The hotel never hired or had security at the property even though there was lots of sex and drug crime at the hotel.

11.   I have read this Declaration consisting of 11 numbered paragraphs and I declare under penalty of perjury that it is true and correct.

Executed on May 8, 2026.

DocuSigned by:

*Clayton Corpus*

E1BA0CE202164BE...

Clayton Corpus