Docusign Envelope ID: 504D45DE-0387-8931-8173-0512FE0F5F97

# DECLARATION OF PHILLIP BOYCE

Phillip Boyce, pursuant to 28 U.S.C. § 1746, and subject to the penalties of perjury declares as follows:

1.     My name is Phillip Boyce. I am more than twenty-one years of age, competent to testify, and have no legal or mental disability. This declaration was executed in the state of Georgia, where I am currently located.

2.     I lived at the Motel 6, 6015 Oakbrook Parkway, Norcross, Georgia, off and on, between the years of 2015–2024.

3.     There was lots of prostitution, sex trafficking, and drug dealing at the Motel 6. When you entered the property, there would be pimps and prostitutes waiting outside the front office. You would see 2-3 pimps standing around and at the side window near the office would be 5-6 prostitutes. They would be standing in front of the window near the office and you had to get by them to rent a room. The people inside the office saw those girls picking up guys and taking them into rooms for sex. Girls would often run up to me to offer to sell me sex.

4.     The sex traffickers usually had a lookout at the Motel 6 who would keep an eye out on the back of the hotel, where a lot of the activity was taking place.

5.     The Motel 6 used charge us more than what the rooms cost because we had kids at the hotel. They would upcharge me $30-$40 a night because we had kids living with us. I used to complain to the Motel 6 staff that they let prostitutes and

Docusign Envelope ID: 504D45DE-0387-8931-8173-0512FE0F5F97

pimps stay in the hotel, but they squeezed a family like ours for as much money as they could and threatened to kick us out if we didn't pay. And Motel 6 had ads for letting kids stay free at the time.

6.    I used to try to make reservations online because the price would be cheaper, but the motel got mad when I did that. They would take the reservation and charge the money, then they would come say that we had too many people in the room and try to kick us out after we had already paid. Several times they did kick us out of the motel.

7.    When we complained about the pimps and prostitutes to the hotel staff, we were told to shut up and go back to your room. The hotel staff catered to pimps and prostitutes and acted like the prostitutes, pimps, and drug dealers were the guests they preferred over a family like ours with young kids. When we would come back, I would ask for our family not to be placed next to the prostitution and drug dealers and the hotel would charge me more and treat me badly for saying I wasn't happy about the prostitution.

8.    When we were at the Motel 6, drug dealers approached my kids and I intervened to make sure they were left alone.

9.    This illegal activity was at the Motel 6 every time we stayed there.

10.    I saw the man in Exhibit 1 at the Motel 6 while I was there.

Docusign Envelope ID: 504D45DE-0387-8931-8173-0512FE0F5F97

I have read this Declaration consisting of 9 numbered paragraphs and I declare under penalty of perjury that it is true and correct.

Executed on May 15, 2026.

Phillip Boyce

Docusign Envelope ID: 504D45DE-0387-8931-8173-0512FE0F5F97

# Exhibit 1

