Docusign Envelope ID: B2B0AF75-040F-8CB7-80AE-A575003F1BE9

## <u>DECLARATION OF KEITH MICHAEL LEONARD</u>

Keith Michael Leonard, pursuant to 28 U.S.C. § 1746, and subject to the penalties of perjury declares as follows:

1. My name is Keith Michael Leonard. I am more than twenty-one years of age, competent to testify, and have no legal or mental disability. This declaration was executed in the State of Texas where I am currently located.

2. My wife and I stayed at the Motel 6 at 6015 Oakbrook Parkway in Norcross, Georgia for about a year or more in the 2015 – 2017 time frame.

3. For about three to four months during the time my wife and I stayed there, I also worked at the motel doing maintenance and repairs. I was paid under the table.

4. I have been clean and sober for four years now.  However, at that time, I was an addict and the officer manager or employee "Matt" knew this about me. He did nothing to attempt to control the illegal activity, including the dealers selling drugs.

5. When I worked at the motel, drugs would often be found in a room after a guest had checked out. Before law enforcement arrived, the drugs would disappear from the room, taken by other employees.

6. I personally observed Matt take money from a pimp and from drug dealers in exchange for him (Matt) turning a blind eye.



Docusign Envelope ID: B2B0AF75-040F-8CB7-80AE-A575003F1BE9

7. I was personally offered drugs by drug dealers at the motel.

8. While staying at the motel, I saw a lot of girls, many of whom would be going into and out of the rooms with different men. It was obvious they were selling sex with men.

9. There were pimps who controlled the girls. There were lookouts that would warn of potential law enforcement.

10. During my stay at this motel, I approached a male I knew to be a pimp and asked him how old "his girl" was, because she appeared very young and the motel was not a good place for a child to be. I was concerned that she may have been a minor. This male was the same individual that had paid Matt in cash.

11. At the motel, I witnessed animal abuse, drug dealing, prostitution, pimps, fights and gun activity.

12. On New Year's Eve, there were even more people at the motel, many of whom were shooting guns into the air.

13. On one occasion, my wife witnessed a large black man beating on one of the young girls who was a victim being sold for sex at the motel. My wife walked out of our room and told the guy to "come fight me." I opened the door to our room, with our pit bull service dog beside me. The man turned to my wife and

Initial

KML

Docusign Envelope ID: B2B0AF75-040F-8CB7-80AE-A575003F1BE9

stopped beating the girl. He began to argue with my wife and at that time, the office manager "Matt" came out and told my wife to calm down.

14. While we stayed at the motel, there were at least two shootings. In one of the shootings, a room was shot up. I observed the males prior to their shooting the room and I was in fear for my safety so I got my firearm. After the males shot up the room, they ran down the stairs, saw me with my firearm and fled.

15. In the other instance, a young girl who owed money to an individual, believed to be her pimp, shot through the door, hitting the girl. I was walking back to my room and saw law enforcement in tactical gear on the scene.

16. There were people drinking alcohol and using drugs at the motel. There was drug paraphernalia everywhere.

17. The employees did not care about the criminal activity, prostitution, or pimps. I saw the drug dealers and pimps pay the employees in cash to ignore the illegal activities.

18. It was obvious that girls were being sold for sex, and the motel did not care and would actually cater to and be friendly with the pimps and drug dealers.

19. I have read this Declaration consisting of 19 numbered paragraphs and I declare under penalty of perjury that it is true and correct.

Initial
*KM L*

Docusign Envelope ID: B2B0AF75-040F-8CB7-80AE-A575003F1BE9

Executed on May 20, 2026.

Signed by:

Keith Michael Leonard

KML v1