UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

A.M.

    Plaintiff,

v.

EXCEL HOSPITALITY, LLC,
SAJAAD CHAUDRY, and
JOHN DOES 1-5,

    Defendants.

CIVIL ACTION FILE

NO.

**JURY TRIAL DEMANDED**

## <u>PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS &</u> <u>CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.3, Plaintiff, A.M., hereby file this Certificate of Interested Persons and Corporate Disclosure Statement, stating as follows:

1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of a stock of a party:
   a) **A.G. and H.H.;**
   b) **Excel Hospitality, LLC; and**
   c) **Sajaad Chaudry.**

1

2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either financial interest in or other interest which could be substantially affected by the outcome of this particular case:

    **None known.**

3) The undersigned certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

    <u>**Counsel for Plaintiff:**</u>
    Patrick J. McDonough
    Tyler Dillard
    Jonathan S. Tonge
    Andersen, Tate, and Carr, P.C.

Respectfully submitted this 29th day of May, 2026.

    **ANDERSEN, TATE, and CARR, P.C.**

    <u>***/s/ Tyler A. Dillard***</u>
    Patrick J. McDonough
    Georgia Bar No. 489855
    pmcdonough@atclawfirm.com
    Tyler Dillard
    Georgia Bar No. 115229
    tdillard@atclawfirm.com
    Jonathan S. Tonge
    Georgia Bar No. 303999
    jtonge@atclawfirm.com
    *Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile