IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

A.M.

     Plaintiff,

v.

EXCEL HOSPITALITY, LLC,
SAJAAD CHAUDRY, and
JOHN DOES 1-5,

     Defendants.

CIVIL ACTION FILE

NO.  1:26-CV-02972-TRJ

## PLAINTIFF'S CERTIFICATE OF COMPLIANCE

I hereby certify that I have read the Court's Standing Order in Civil Cases Proceeding Before the Honorable Tiffany R. Johnson, and I will comply with its provisions during the pendency of this litigation.

Respectfully submitted this 1st day of June, 2026.

                       **ANDERSEN, TATE, and CARR, P.C.**

                       */s/ Tyler A. Dillard*
                       Patrick J. McDonough
                       Georgia Bar No. 489855
                       pmcdonough@atclawfirm.com
                       Tyler Dillard
                       Georgia Bar No. 115229
                       tdillard@atclawfirm.com
                       Jonathan S. Tonge
                       Georgia Bar No. 303999

1

2

jtonge@atclawfirm.com
*Attorneys for Plaintiff*


One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile