AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **1:26-cv-02972**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Sajaad Chaudry**
was received by me on  **6/23/2026:**

☐ I personally served the **SUMMONS; COMPLAINT; DECLARATION OF JANETTA FAIR; DECLARATION OF TOMAS ROJAS, JR.; DECLARATION OF NICOLE LEONARD; DECLARATION OF LEEBRIA MOORE; DECLARATION OF CLAYTON CORPUS; DECLARATION OF KEITH MICHAEL LEONARD; DECLARATION OF PHILLIP BOYCE;**
☐ **PLAINTIFF'S CIVIL COVER SHEET; PLAINTIFF'S CERTIFICATE OF COMPLIANCE; GUILDLINES TO PARTIES AND COUNSEL-STANDING ORDER** on the individual at *(place)*  on *(date)* ; or

I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒

☐ I served the summons on **Sajaad  Chaudry**, who is designated by law to accept service of process on behalf of **Sajaad Chaudry** at **3301 Keenland Rd, Marietta, GA 30062** on **06/23/2026 at 8:39 PM**; or

☐  I returned the summons unexecuted because ; or

Other *(specify)*

I declare under penalty of perjury that this information is true.

Date:  06/24/2026

_____
*Server's signature*

**Steven Hale**
*Printed name and title*

**1083 Lullwood Ct. NE
Marietta, GA 30066**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT; DECLARATION OF JANETTA FAIR; DECLARATION OF TOMAS ROJAS, JR.; DECLARATION OF NICOLE LEONARD; DECLARATION OF LEEBRIA MOORE; DECLARATION OF CLAYTON CORPUS; DECLARATION OF KEITH MICHAEL LEONARD; DECLARATION OF PHILLIP BOYCE; PLAINTIFF'S CIVIL COVER SHEET; PLAINTIFF'S CERTIFICATE OF COMPLIANCE; GUILDLINES TO PARTIES AND COUNSEL-STANDING ORDER,  to Sajaad  Chaudry who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired Asian male contact 5'8"-5'10" tall.**



Tracking #: 0229301115

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 3)

Civil Action No.    **1:26-cv-02972**



Tracking #: **0229301115**


# CERTIFICATE
## OF COMPLETION

THIS CERTIFICATE ACKNOWLEDGES THAT

## Steven Hale

HAS SUCCESSFULLY COMPLETED THE 12-HOUR COURSE TITLED
### Georgia Process Server Pre-Certification

09 December 2025

706-268-2221 or 832-922-1215
www.learningshopusa.com and/or .online
learningshopusa@gmail.com
When you receive this certificate, pls call our office
706/268-2221 or email us sharondecet@yahoo.com
to alert so we can register you for the state exam



Sharon DeCet
Instructor