**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| A.M., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 1:26-CV-02972-TRJ |
| v. | ) | |
| | ) | |
| EXCEL HOSPITALITY, LLC, | ) | **JURY TRIAL DEMANDED** |
| SAJAAD CHAUDRY, and | ) | |
| JOHN DOES 1-5, | ) | |
| | ) | |
| Defendants. | ) | |

## CONSENT MOTION TO EXTEND TIME FOR DEFENDANTS TO ANSWER PLAINTIFF'S COMPLAINT

COME NOW the Defendants Excel Hospitality, LLC ("Excel") and Sajaad Chaudry ("Chaudry") (collectively "Defendants") and file this Consent Motion to Extend Time to Answer or Otherwise Respond to the Complaint through and including July 24, 2026.

Plaintiffs filed their Complaint on May 28, 2026, and Defendants were served on June 23, 2026, making their answers due on July 14, 2026. Defendants did not answer on or before July 14, 2026.

- 2 -

Plaintiff having consented thereto, Defendant respectfully requests that the Court issue an Order extending the deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint through and including July 24, 2026.

A proposed Order is attached for the Court's convenience.

This 24th day of July, 2026.

| Submitted by: | Consented to by: |
|---|---|
| **FREEMAN MATHIS & GARY, LLP** | **ANDERSON TATE & CARR, P.C.** |
| | Patrick J. McDonough |
| /s/ Jennifer C. Adair | pmcdonough@atclawfirm.com |
| Jennifer C. Adair | Tyler Dillard |
| Georgia Bar No. 001901 | tdillard@atclawfirm.com |
| jadair@fmglaw.com | Johnathan S. Tonge |
| Emily F. Bronstein | jtonge@atclawfirm.com |
| Georgia Bar No. 250711 | Jennifer M. Webster |
| emily.bronstein@fmglaw.com | jwebster@atclawfirm.com |
| | Anderson Tate & Carr |
| | One Sugarloaf Centre |
| | 1960 Satellite Blvd., Suite 4000 |
| | Duluth, Georgia 30097 |
| | (770) 822-0900 |
| | (with express permission by JCA) |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing **CONSENT MOTION TO EXTEND TIME FOR DEFENDANTS TO ANSWER PLAINTIFF'S COMPLAINT AND PROPOSED ORDER** to all parties by filing a true and correct copy with the Clerk of Court, which will automatically send electronic copies to all counsel of record as follows:

Patrick J. McDonough
pmcdonough@atclawfirm.com
Tyler Dillard
tdillard@atclawfirm.com
Johnathan S. Tonge
jtonge@atclawfirm.com
Jennifer M. Webster
jwebster@atclawfirm.com
Anderson Tate & Carr
One Sugarloaf Centre
1960 Satellite Blvd., Suite 4000
Duluth, Georgia 30097
*Counsel for Plaintiff*

Respectfully submitted this 24th day of July, 2026.

- 4 -

FREEMAN MATHIS & GARY, LLP

*/s/Jennifer C. Adair*
Jennifer C. Adair
Georgia Bar No. 001901
jadair@fmglaw.com
Emily F. Bronstein
Georgia Bar No. 250711
emily.bronstein@fmglaw.com
*Attorneys for Defendants Excel*
*Hospitality, LLC and Sajaad Chaudry*

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339
(770) 818-0000