# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

|  |  |  |
|---|---|---|
| A.M., | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | Civil Action No. 1:26-CV-02972-TRJ |
| v. | ) | |
| | ) | |
| EXCEL HOSPITALITY, LLC, | ) | **JURY TRIAL DEMANDED** |
| SAJAAD CHAUDRY, and | ) | |
| JOHN DOES 1-5, | ) | |
| | ) | |
|    Defendants. | ) | |

## (PROPOSED) ORDER

For good cause shown, the Consent Motion to Extend Time for Defendants Excel Hospitality, LLC and Sajaad Chaudry to Answer or Otherwise Respond to Plaintiff's Complaint is GRANTED. The deadline for Defendants to answer or otherwise respond to the Complaint is hereby extended through and including July 24, 2026.

**SO ORDERED** this _____ day of July, 2026.

_____
THE HONORABLE TIFFANY R. JOHNSON
UNITED STATES DISTRICT COURT JUDGE

- 2 -

*Prepared by:*

**FREEMAN MATHIS & GARY, LLP**

*/s/ Jennifer C. Adair*
Jennifer C. Adair
Georgia Bar No. 001901
JAdair@fmglaw.com
Emily F. Bronstein
Georgia Bar No. 250711
emily.bronstein@fmglaw.com

*Attorneys for Defendants Excel*
*Hospitality, LLC and Sajaad Chaudry*