IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| A.M.,<br><br>    Plaintiff,<br><br>v.<br><br>EXCEL HOSPITALITY, LLC,<br>SAJAAD CHAUDRY, and<br>JOHN DOES 1-5<br><br>    Defendants. | CIVIL ACTION FILE NO.<br>1:26-CV-02972-TRJ |

## **RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS**

Pursuant to Local Rule 5.4, I hereby certify that I have this day served (1) **Defendant Excel Hospitality, LLC's First Interrogatories to Plaintiff A.M.**; and (2) **Defendant Excel Hospitality, LLC's First Request for Production of Documents and Things and Notice to Produce to Plaintiff A.M.** to all parties through counsel of record by transmitting a true and correct copy in portable document format (PDF) via statutory electronic service to:

Patrick J. McDonough
pmcdonough@atclawfirm.com
Tyler Dillard
tdillard@atclawfirm.com
Johnathan S. Tonge
jtonge@atclawfirm.com
Jennifer M. Webster
jwebster@atclawfirm.com
Anderson Tate & Carr
*Attorneys for Plaintiff*

-2-

This 5th day of August, 2026.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Emily F. Bronstein*
Jennifer C. Adair
Georgia Bar No. 001901
jadair@fmglaw.com
Emily F. Bronstein
Georgia Bar No. 250711
Emily.bronstein@fmglaw.com

*Attorneys for Defendants Excel
Hospitality, LLC and Sajaad Chaudry*

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000 (telephone)
(833) 330-3669 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing

**RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS**

with the Clerk of Court using the CM/ECF system which will automatically send

email notification of such filing to the following attorneys of record:

Patrick J. McDonough
pmcdonough@atclawfirm.com
Tyler Dillard
tdillard@atclawfirm.com
Johnathan S. Tonge
jtonge@atclawfirm.com
Jennifer M. Webster
jwebster@atclawfirm.com
Anderson Tate & Carr
One Sugarloaf Centre, 1960 Satellite Blvd., Suite 4000
Duluth, Georgia 30097
*Attorneys for Plaintiff*

This 5th day of August, 2026.

*/s/ Emily F. Bronstein*
Emily F. Bronstein
Georgia Bar No. 250711
Emily.bronstein@fmglaw.com
*Attorneys for Defendants Excel*
*Hospitality, LLC and Sajaad Chaudry*

**FREEMAN MATHIS & GARY, LLP**
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000 (telephone)
(833) 330-3669 (facsimile)