IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

A.M.,

    Plaintiff,

       v.

EXCEL HOSPITALITY, LLC, *et al.*,

    Defendants.

CIVIL ACTION NO.
1:26-cv-02972-TRJ

## SCHEDULING ORDER

The Court has reviewed the parties' Joint Preliminary Report and Discovery Plan. (Doc. 14). In this action, Plaintiff alleges violations under the Trafficking Victims Protection Reauthorization Act. (*Id.* at 1–2). This case is assigned to a four-month discovery track. In their Joint Preliminary Report and Discovery Plan, the parties request an eight-month discovery track, inclusive of fact and expert discovery.

The Court approves the parties' Joint Preliminary Report and Discovery Plan, including the parties' request for an eight-month discovery period. No further extensions of the discovery period will be granted absent a particularized showing of extraordinary circumstances previously unforeseen to the parties, a statement of what discovery has occurred as of the date of the request, and a timeline of what discovery remains and prospective dates of completion. The Court does not consider foreseeable events (e.g., holidays, personal travel) as a basis for further extensions of the discovery period.

**IT IS HEREBY ORDERED** that the parties shall have until **April 23, 2027** to complete discovery. Summary judgment motions shall be due on or before **May 25, 2027**. If no summary judgment motions are filed, the parties must submit a proposed

consolidated pretrial order, consistent with Local Rule 16.4, by **May 25, 2027**. However, if a summary judgment motion is filed, the proposed consolidated pretrial order shall be due within 30 days of the Court's ruling on the motion for summary judgment.

**IT IS FURTHER ORDERED** that, in addition to the above deadlines, the parties must also adhere to the Guidelines to Parties and Counsel in Civil Cases Proceeding Before the Honorable Tiffany R. Johnson and any additional deadlines contained therein. (Doc. 5). In the event a discovery dispute arises, the parties must first meet and confer in-person to attempt to resolve the dispute. If the dispute cannot be resolved, the parties must file a joint "Notice of Discovery Dispute" on the docket in compliance with the Court's Guidelines and notify the Courtroom Deputy via email (TRJ_CRD@gand.uscourts.gov) that the notice of discovery dispute was filed. The parties should not include any substantive arguments regarding the discovery dispute in their email communication to the Courtroom Deputy. No motions to compel or to impose discovery sanctions shall be filed without express leave from the Court.

Failure to comply with this Order or the Guidelines may result in the imposition of sanctions, including the dismissal of this action or a default judgment. The Clerk is respectfully **DIRECTED** to reassign this case to an eight-month discovery track.

SO ORDERED, this 13th day of August, 2026.

_____
TIFFANY R. JOHNSON
United States District Judge

2