**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

A.M.,

Plaintiff,

v.

EXCEL HOSPITALITY, LLC,
SAJAAD CHAUDRY, and
JOHN DOES 1-5

Defendants.

CIVIL ACTION FILE NO.
1:26-CV-02972-TRJ

**CONSENT MOTION TO REDACT AND SEAL INADVERTENTLY FILED MATERIALS**

On May 28, 2026, Plaintiff filed her Complaint. The Complaint had seven attached exhibits. Exhibit #3 was supposed to consist entirely of a witness declaration relevant to this matter. Unfortunately, a separate document, which contained wholly unrelated material with no connection to this case was inadvertently scanned and included in the filed Exhibit #3 following the witness declaration. The separate document contains personal private information for a person unrelated to this case, which should not have been included and which is not germane to this case in any way. Plaintiff learned of this inadvertent inclusion on the afternoon of August 21, 2026. Plaintiff immediately contacted the Clerk of Court and, with the Clerk of Court's assistance, was able to provisionally seal Exhibit #3.

Pursuant to F.R.C.P. 5.2 and other applicable law, Plaintiff now files this motion seeking to permanently (i) redact pages 4 through 25 of Exhibit #3, all of which have no connection to this case and which were inadvertently included in the filed version of Exhibit #3, and (ii) seal the entirety of the original Exhibit #3.

Plaintiff has conferred with opposing counsel and is authorized to state that opposing counsel consents to this request for relief. Plaintiff is submitting a proposed Order for the Court's consideration.

Upon the Court's granting of this motion, Plaintiff will file a corrected Exhibit #3 which only contains the intended and relevant witness declaration.

This 24th day of August, 2026.

ANDERSEN, TATE & CARR, P.C.

*/s/ Tyler Dillard*

PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
TYLER DILLARD
Georgia Bar No. 115229
tdillard@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

ANDERSEN, TATE & CARR, P.C.

*/s/ Tyler Dillard*

PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
TYLER DILLARD
Georgia Bar No. 115229
tdillard@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this day served the foregoing MOTION TO REDACT AND SEAL INADVERTENTLY FILED MATERIALS to counsel of record by using the CM/ECF system which will send a notice of electronic filing to all counsel of record in this case.

Jennifer C. Adair
Emily F. Bronstein
FREEMAN MATHIS & GARY LLP
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339
jadair@fmglaw.com
emily.bronstein@fmglaw.com
*Attorneys for Defendants*

This 24th day of August, 2026.

ANDERSEN, TATE & CARR, P.C.

*/s/ Tyler Dillard*
TYLER DILLARD
Georgia Bar No. 115229
tdillard@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile