**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

A.M.,

Plaintiff,

v.

EXCEL HOSPITALITY, LLC,
SAJAAD CHAUDRY, and
JOHN DOES 1-5

Defendants.

CIVIL ACTION FILE NO.
1:26-CV-02972-TRJ

**ORDER GRANTING CONSENT MOTION TO REDACT AND SEAL INADVERTENTLY FILED UNRELATED MATERIALS**

Having read and considered Plaintiff's consent motion to redact and seal inadvertently filed materials, the Court hereby grants the motion. The Clerk of Court is directed to permanently (i) redact pages 4 through 25 of Exhibit #3, and (ii) seal the entirety of the original Exhibit #3. Plaintiff shall then file a corrected Exhibit #3 to replace the original Exhibit #3.

So ORDERED this _____ day of ______________, 2026.

______________________________
Tiffany R. Johnson
United States District Judge

492