IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| A.M.,<br><br>Plaintiff,<br><br>v.<br><br>EXCEL HOSPITALITY, LLC, *et al.*,<br><br>Defendants. | CIVIL ACTION NO.<br>1:26-cv-02972-TRJ |

**ORDER**

On August 24, 2026, Plaintiff filed a consent motion to redact and seal inadvertently filed materials. (Doc. 17). Plaintiff seeks to seal Exhibit 3 to her complaint, which was supposed to consist entirely of a witness declaration relevant to this action but inadvertently contained a separate document that has no connection to this case and contains personal private information for an individual unrelated to this case. (*Id.* at 1). Upon review and consideration, Plaintiff's Consent Motion to Redact and Seal Inadvertently Filed Materials (Doc. 17) is **GRANTED**. The document found at docket entry 1-3 was previously filed as provisionally sealed, and the Clerk is respectfully **DIRECTED** to permanently seal this docket entry. Plaintiff is **DIRECTED** to file the corrected version of Exhibit 3 to her complaint on the docket by **August 28, 2026**.

SO ORDERED, this 27th day of August, 2026.

TIFFANY R. JOHNSON
United States District Judge