IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| A.M.<br><br>Plaintiff,<br><br>v.<br><br>EXCEL HOSPITALITY, LLC,<br>SAJAAD CHAUDRY, and<br>JOHN DOES 1-5,<br><br>Defendants. | CIVIL ACTION FILE<br><br>NO. 1:26-CV-02972-TRJ |

**PLAINTIFF'S CERTIFICATE OF COMPLIANCE**

I hereby certify that I have read the Court's Guidelines to Parties and Counsel in Civil Cases Proceeding Before the Honorable Tiffany R. Johnson, and I will comply with its provisions during the pendency of this litigation.

Respectfully submitted this 4th day of September, 2026.

**ANDERSEN, TATE, and CARR, P.C.**

***/s/ Tyler A. Dillard***

Patrick J. McDonough
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
Tyler Dillard
Georgia Bar No. 115229
tdillard@atclawfirm.com
Jonathan S. Tonge
Georgia Bar No. 303999

jtonge@atclawfirm.com
*Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile