IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| A.M., | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | |
| v. | ) | NO. 1:26-cv-02972-TRJ |
| | ) | |
| EXCEL HOSPITALITY, LLC, SAJAAD CHAUDRY, and JOHN DOES 1-5, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF COMPLIANCE**

I hereby certify that I have read the Guidelines to Parties and Counsel in Civil Cases Proceeding Before the Honorable Tiffany R. Johnson, and I will comply with its provisions during the pendency of this litigation.

This 9th day of September, 2026.

FREEMAN MATHIS & GARY, LLP

*/s/ Jennifer C. Adair*
Jennifer C. Adair
Georgia Bar No. 001901
JAdair@fmglaw.com

*Lead Counsel for Defendants Excel Hospitality, LLC, Sajaad Chaudry*

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway
Suite 1600
Atlanta, GA 30339-5948
(770) 818-0000 (telephone)
(833) 330-3669 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that I have this date filed the foregoing **CERTIFICATE OF COMPLIANCE** with the Clerk of the Court via the EM / ECF filing system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants. Counsel of record is:

Patrick J. McDonough
Tyler Dillard
Jonathan S. Tonge
Jennifer M. Webster
Andersen, Tate & Carr, P.C.
pmcdonough@atclawfirm.com
tdillard@atclawfirm.com
jtonge@atclawfirm.com
jwebster@atclawfirm.com

This 9th day of September, 2026.

*/s/ Jennifer C. Adair*
Jennifer C. Adair
Georgia Bar No. 001901
jadair@fmglaw.com
Emily F. Bronstein
Georgia Bar No. 250711
emily.bronstein@fmglaw.com

*Attorneys for Defendant Excel Hospitality, LLC, Sajaad Chaudry*

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway
Suite 1600
Atlanta, GA 30339-5948
(770) 818-0000 (telephone)
(833) 330-3669 (facsimile)