**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

A.M.,

Plaintiff,

v.

EXCEL HOSPITALITY, LLC,
SAJAAD CHAUDRY, and
JOHN DOES 1-5

Defendants.

CIVIL ACTION FILE NO.
1:26-CV-02972-TRJ

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendants, by and through their undersigned counsel, hereby stipulate and agree that all claims asserted by either party are DISMISSED WITH PREJUDICE, with each party to bear its own attorneys' fees, costs, and expenses. The Parties further stipulate that the Clerk of Court may close this case.

Respectfully submitted this 21st day of September, 2026,

**ANDERSEN, TATE, & CARR, P.C.**

*/s/ Tyler Dillard*
Tyler Dillard
Georgia Bar No. 115229
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
Tel: (770) 822-0900
E: tdillard@atclawfirm.com
**Attorney for Plaintiff**

**FREEMAN MATHIS & GARY, LLP**

*/s/ Jennifer C. Adair*
Jennifer C. Adair
Georgia Bar No. 001901
100 Galleria Pkwy. Suite 1600
Atlanta, Georgia 30339
Tel: (770) 818-0000
E: Jadair@fmglaw.com
**Attorney for Defendants**

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day caused to be served a true and correct copy of the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court by using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

This 21st day of September, 2026.

*/s/ Tyler Dillard*
Tyler Dillard
Georgia Bar No. 115229